# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

WALTER COLE, III, ET AL.

VERSUS

MESILLA VALLEY TRANSPORTATION, ET AL.

CIVIL ACTION

16-841-SDD-RLB

## RULING

The Court has carefully considered the *Petition*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated March 14, 2017. Plaintiff has filed an *Objection*[3] which the Court has also considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**Accordingly**, Plaintiffs' *Motion to Remand*[4] is GRANTED and this action shall be remanded to the 19th Judicial District Court, East Baton Rouge Parish, State of Louisiana. Further, the Parties shall bear their own costs.

Baton Rouge, Louisiana the 1 day of ~~April~~ May, 2017.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1-4.
[2] Rec. Doc. 10.
[3] Rec. Doc. 7.
[4] Rec. Doc. 6.